UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION


UNITED STATES OF AMERICA          )
                                  )
v.                                )          CR 1:14-101
                                  )
CLIFFORD JAMES                    )


## ORDER ON MOTION FOR LEAVE OF ABSENCE

**John R. Taylor,** having made application to the Court for a leave of absence, and it being evident from the application that the provisions of Local Rule 83.9 have been complied with, and no objections having been received;

**IT IS HEREBY ORDERED THAT John R. Taylor** be granted leave of absence for the following period:  **November 11, 2014 through November 17, 2014; December 2, 2014 through December 8, 2014; and December 18, 2014 through January 2, 2015.**

This *3/5* day of October, 2014.


HONORABLE J. RANDAL HALL
United States District Judge
Southern District of Georgia