IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR 114-101 |
| | ) | |
| CLIFFORD JAMES | ) | |

**O R D E R**

Counsel in the above-captioned case advised the Court that they had been able to resolve all pretrial motions except Defendant's "Motion for Discovery of Informant Information," and the Court scheduled a hearing on that motion. (See doc. nos. 27, 28.) However, Defendant now moves to withdraw this motion without prejudice. (Doc. no. 30.) The Court **GRANTS** Defendant's motion, **DIRECTS** the **CLERK** to **TERMINATE** Defendant's "Motion for Discovery of Informant Information," (doc. no. 16), and **TERMINATES** the hearing on the motion. Accordingly, because all pretrial motions have been satisfied or otherwise resolved, (doc. no. 28), a motions hearing in this case is not necessary, and all pending motions are **MOOT**, (doc. nos. 14, 15, 17, 18, 19, 22).

SO ORDERED this 4th day of December, 2014, at Augusta, Georgia.

BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA