IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| VS. | ) | CASE NO: CR114-101 |
| | ) | |
| CLIFFORD JAMES | ) | |

## ORDER

The defendant, Clifford James, was sentenced on April 30, 2015 and is in custody of the United States Marshal.

Surety, Gay Dunn, has requested the return of the $2,500.00 cash security posted on the defendant's $25,000.00 bond.

IT IS HEREBY ORDERED that the cash collateral in the amount of $2,500.00 posted by Gay Dunn for this defendant, plus all accrued interest thereon, be returned to: Gay Dunn at 225 Ellis Street, Augusta, Georgia 30901.

This _____ day of _____ May _____, 2015 at Augusta, Georgia.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA