GAS 245D      (Rev. 10/24) Judgment in a Criminal Case for Revocations

# UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF GEORGIA
### AUGUSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>Clifford James | **JUDGMENT IN A CRIMINAL CASE**<br>(For Revocation of Probation or Supervised Release)<br><br>Case Number: 1:14CR00101-1<br><br>USM Number: 19107-021<br><br>Christopher Scott Connell<br>Defendant's Attorney |

**THE DEFENDANT:**

☒ admitted guilt to violation of mandatory, standard, and conditions of the term of supervision.

☐ was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | The defendant failed to refrain from unlawful use of a controlled substance (mandatory condition). | May 10, 2024 |

See page 2 for additional violations

The defendant is sentenced as provided on page 3 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated the _____ condition(s), _____ and is discharged as to such violation(s).

It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the Court and United States Attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No: 6441

July 22, 2025
Date of Imposition of Judgment

Defendant's Year of Birth: 1981

*/s/ J. Randal Hall*
Signature of Judge

City and State of Defendant's Residence:

Hephzibah, Georgia

J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA
Name and Title of Judge

7/24/2025
Date

GAS 245D  Case 1:14-cr-00101-JRH-BKE   Document 67   Filed 07/24/25   Page 2 of 3
(Rev. 10/24) Judgment in a Criminal Case for Revocations

Judgment— Page 2 of 3

DEFENDANT: Clifford James
CASE NUMBER: 1:14CR00101-1

# ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 2 | The defendant failed to abide by the imposed curfew (special condition). | May 29, 2024 |
| 3 | The defendant failed to notify the probation officer ten days prior to a change in residence or employment (standard condition). | May 29, 2024 |
| 4 | The defendant failed to refrain from unlawful use of a controlled substance (mandatory condition). | July 16, 2024 |
| 5 | The defendant failed to refrain from unlawful use of a controlled substance (mandatory condition). | October 17, 2024 |
| 6 | The defendant failed to refrain from unlawful use of a controlled substance (mandatory condition). | May 20, 2025 |
| 7 | The defendant failed to refrain from unlawful use of a controlled substance (mandatory condition). | July 1, 2025 |
| 8 | The defendant tampered with testing procedures (special condition). | July 1, 2025 |

DEFENDANT: Clifford James
CASE NUMBER: 1:14CR00101-1

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: 12 months, with no supervision to follow.

☐ The Court makes the following recommendations to the Bureau of Prisons:

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

  ☐ at _____ ☐ a.m. ☐ p.m. on _____ .

  ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

  ☐ before 2 p.m. on _____ .

  ☐ as notified by the United States Marshal.

  ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL